DAHL ET AL. *v.* REPUBLICAN STATE
COMMITTEE ET AL.

No. 596.   Decided January 20, 1969.

*Alfred J. Schweppe* for appellants.

*Bradley T. Jones* for appellees.

PER CURIAM.

The judgment of the District Court is vacated and the cause is remanded in order that the District Court may enter a fresh decree from which appellants may, if they wish, perfect a timely appeal to the Court of Appeals. *Moody* v. *Flowers,* 387 U. S. 97.

MR. JUSTICE DOUGLAS dissents.

MR. JUSTICE HARLAN, believing that jurisdiction lies in this Court, would affirm the judgment below.